<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7043**

_____

BELAY REDDICK,

          Plaintiff - Appellant,

    v.

MARY M. MITCHELL; JOSEPH NEAL; R. KELSO; S. LATHROP,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, Chief District Judge.  (2:10-cv-02487-DCN)

_____

Submitted:  December 20, 2011    Decided:  December 23, 2011

_____

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Belay Reddick, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Belay Reddick appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reddick v. Mitchell, No. 2:10-cv-02487-DCN (D.S.C. July 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED